IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:24cr116 TBM-RPM

ALIK ISHMAEL DARBY   21 U.S.C. § 841(a)(1)

**The United States Attorney charges:**

On or about July 18, 2023, in Harrison County, in the Southern Division of the Southern District of Mississippi, the defendant, **ALIK ISHMAEL DARBY**, did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Information, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this

notice or any bill of particulars supporting it.

All pursuant to Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d)(1).

*for* TODD W. GEE
United States Attorney