IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:24cr116TBM-RPM

ALIK ISHMAEL DARBY

NOTICE OF MAXIMUM PENALTY

**Possession with Intent to Distribute a Controlled Substance, Methamphetamine**
21 U.S.C. § 841(a)(1) and (b)(1)(B)

- Not less than five (5) years, not more than forty (40) years imprisonment
- Not more than a $5,000,000 fine
- At least four (4) years supervised release
- $100 special assessment