SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

SEP 16 2024

ARTHUR JOHNSTON
BY _____ DEPUTY

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: _____

COUNTY: Harrison

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # 1:24cr116 TBM-RPM
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED: ___ YES  X  NO

NAME/ALIAS:  ALIK ISHMAEL DARBY

**U.S. ATTORNEY INFORMATION:**

AUSA  Lee Smith          BAR # 106061

INTERPRETER:  X  NO  ___ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**  ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 1   ___ PETTY   ___ MISDEMEANOR   1  FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1   21:841A=CD.F | 21 U.S.C. § 841(a)(1) | Possession With Intent to Distribute a Controlled Substance (Aiding & Abetting) | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

SIGNATURE OF AUSA: _____

Revised 9/22/2020