IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 1:24cr116-TBM-RPM-1

ALIK ISHMAEL DARBY

### NOTICE OF INTENT TO CHANGE PLEA TO GUILTY

COMES NOW the Defendant, ALIK ISHMAEL DARBY, by and through his undersigned counsel of record, Leilani L. Tynes, of the Federal Public Defender's Office, and notifies the Court and United States Attorney's office of his intent to change his plea to guilty on the charge brought against him by the Government.

Respectfully submitted this the 17th day of September 2024.

ALIK ISHMAEL DARBY, Defendant

By:   */s/Leilani L. Tynes*
      Leilani L. Tynes, MB #100074
      Assistant Federal Public Defender
      Southern District of Mississippi
      2510 14th Street, Suite 902
      Gulfport, MS   39501
      Phone: (228) 865-1202
      Fax:   (228) 867-1907
      Email: leilani_tynes@fd.org
      *Attorney for Defendant*

1

## CERTIFICATE OF SERVICE

I, Leilani L. Tynes, do hereby certify that I have this day electronically filed the foregoing motion with the Clerk of the Court using the ECF system which sent notification of such filing to the Assistant United States Lee Smith.

SO CERTIFIED, this the 17th day of September 2024.

*/s/Leilani L. Tynes*
Assistant Federal Public Defender
