# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (SOUTHERN DIVISION)

BEFORE THE HONORABLE BRADLEY W. RATH

INITIAL APPEARANCE ON BILL OF INFORMATION

| | | | |
|---|---|---|---|
| Case Number: | 1:24-cr-00116-TBM-RPM | UNITED STATES vs. Darby | |
| Hearing Date: | 10/17/2024 | Time In and Out: | 9:16 am to 9:26 am |
| Clerk: | AB | Courtroom: | 683 |
| Defendant: | Alik Ishmael Darby | Defendant's Counsel: | Leilani Tynes |
| AUSA | Lee Smith | Pretrial/Probation: | Sandra Doll |
| Interpreter: | N/A | DUSM: Kathleen Patrick/Bill Markopoulos | |
| CSO: | Tom Bishop | | |

**PROCEEDINGS**

- ☒ Defendant sworn
- ☒ First Appearance by Defendant
- ☒ Defendant received a copy of charging document
- ☒ Defendant waives reading of the Bill of Information
- ☒ Defendant enters a Not Guilty plea
- ☒ Defendant executed Waiver of Indictment
- ☐ Discovery Order entered
- ☐ Trial Date: Choose an item.

**Custody Status**

- ☒ Defendant waives detention hearing
- ☒ Defendant remanded to custody of United States Marshal's Service — Order of Detention entered.
- ☐ Conditions

**Other**

- ☒ Change of Plea Hearing set for 10/17/2024 at 10:00 AM before District Judge Taylor B. McNeel