IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 1:24cr116-TBM-RPM-1

ALIK ISHMAEL DARBY

## MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the defendant, Alik Ishmael Darby, and respectfully moves this Court to continue the sentencing hearing currently scheduled for March 14, 2025, for a period of 30 days, and in support thereof, states as follows:

I.

On October 17, 2024, Alik Ishmael Darby plead guilty to the single count Bill of Information entered in this case.

II.

Darby's sentencing is scheduled for March 14, 2025.  Counsel needs additional time to adequately prepare for the sentencing hearing. For the foregoing reasons, the undersigned respectfully requests that defendant's sentencing hearing be continued for a period of 30 days.

III.

Assistant United States Attorney Lee Smith does not oppose the requested continuance.

IV.

The defendant submits that the requested continuance will serve the ends of justice and is not sought for purposes of delay.

WHEREFORE, the Defendant respectfully requests that his Motion for Continuance be

granted and that the sentencing hearing be continued for a period of 30 days.

Respectfully submitted this the 12th day of March 2025.

                ALIK ISHMAEL DARBY, Defendant

By:    */s/Leilani L. Tynes*
       Leilani L. Tynes, MB #100074
       Assistant Federal Public Defender
       Southern District of Mississippi
       2510 14th Street, Suite 902
       Gulfport, MS   39501
       Phone: (228) 865-1202
       Fax:   (228) 867-1907
       Email: leilani_tynes@fd.org
       *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, Leilani L. Tynes, do hereby certify that I have this day electronically filed the foregoing Motion with the Clerk of the Court using the ECF system, which sent notification of such filing to the Assistant United States Attorney Lee Smith.

This the 12th day of March 2025.

                */s/Leilani L. Tynes*
                Assistant Federal Public Defender